**Order entered January 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00901-CR

**WILLIE DAVID GRIFFIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MA13-63040-E**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this case **INSTANTER**.

/s/    DAVID L. BRIDGES
        JUSTICE